**David John LACORNU, Appellant,**

v.

**Barbara LACORNU, Respondent.**

**No. WD 66653.**

Missouri Court of Appeals,
Western District.

Nov. 14, 2006.

Catherine Earnshaw–Hobbs, Lee's Summit, for appellant.

James M. Roberts, Blue Springs, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

David John Lacornu appeals the circuit court's judgment denying his motion to modify the maintenance awarded to Barbara Lacornu in their dissolution of marriage decree. We affirm. Rule 84.16(b).